### Burley Tobacco Society, et al. v. Thomas, et al.

(Decided December 8, 1911.)

## Appeal from Spencer Circuit Court.

This case is reversed for the reasons set out in another case between the same parties decided this day and is remanded for the entry of judgment in conformity to the principles in the opinion mentioned.

ALLEN & DUNCAN, SAMUEL K. BAIRD for appellant.

L. W. ROSS for appellee.

OPINION OF THE COURT BY JUDGE O'REAR—Reversing.

This case is identical in its facts, and laws, with another by the same appellants against the appellee, W. B. Thomas, except as to amounts involved. For the reasons given in the opinion delivered this day in the second named case, the judgment in this case is reversed, and the cause remanded for the entry of judgment in conformity to the principles of the opinion mentioned.